# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **PAIGE STILL,**<br><br>　　Plaintiff,<br><br>v.<br><br>**AMERICAN UNITED LIFE INSURANCE COMPANY and DISABILITY REINSURANCE MANAGEMENT SERVICE, INC.,**<br><br>　　Defendants. | Civil Action No. 7:14-CV-40 (HL) |

## ORDER

Defendants are ordered to file a corporate disclosure statement pursuant to Local Rule 87 no later than June 26, 2014. Failure to do so will result in sanctions against Defendants and/or counsel.

**SO ORDERED**, this the 16th day of June, 2014.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

aks