IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **PAIGE STILL**, <br><br> Plaintiff, <br><br> v. <br><br> **AMERICAN UNITED LIFE INSURANCE COMPANY and DISABILITY REINSURANCE MANAGEMENT SERVICE, INC.,** <br><br> Defendant. | Civil Action No. 7:14-CV-40 (HL) |

## ORDER

Defendant's filed their respective corporate disclosure statements pursuant to Local Rule 87 on July 3, 2014, rectifying their earlier failure. Accordingly, the Court's July 2, 2014 Order requiring the appearance of Defendants and all defense counsel of record on July 8, 2014 is **RESCINDED**.

**SO ORDERED** this 3rd day of July, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks